**Order entered December 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00594-CR

### AUSTON BRYCE ARMSTRONG, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 19-11216-86-F**

## ORDER

Before the Court is appellant's November 29, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 3, 2022.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE